


# ARKANSAS COURT OF APPEALS

DIVISION I
No. CV-13-527

| | |
|---|---|
| SALINE COUNTY JUDGE and AAC RISK MANAGEMENT SERVICES<br><br>APPELLANTS<br><br>V.<br><br><br>THOMAS CROUCH<br><br>APPELLEE | Opinion Delivered October 23, 2013<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION [NO. G110162]<br><br><br>AFFIRMED |

## BRANDON J. HARRISON, Judge

The Saline County Judge and AAC Risk Management Services appeal the Arkansas Workers' Compensation Commission's order finding that Thomas Crouch suffered a compensable injury and was entitled to additional medical treatment. Specifically, the Commission ruled that Crouch, who had previously undergone back surgery, sustained a compensable injury, while working for the Sardis Volunteer Fire Department, after he and other firefighters lifted a small wall to put out a fire. At one point during his treatment for the compensable injury, Crouch reported feeling a "pull" in his back after bending over to pick up his son. The Commission determined that the physical therapist's notes indicating "decrease lumbar lordosis" constituted the necessary objective medical findings for a compensable injury. The Commission also found that Crouch's bending over to pick up his son was not unreasonable conduct under the circumstances. Appellants argue that the Commission's decision was not supported by substantial evidence given the lack of objective

findings and the presence of an independent intervening injury.

The Commission exercised its duty to make determinations of credibility, weigh the evidence, and resolve any conflicting medical testimony and other evidence. *Ark. Methodist Med. Ctr. v. Blansett*, 2013 Ark. App. 480. Because the Commission's opinion adequately explains its decision, and that decision is supported by substantial evidence, we affirm by memorandum opinion. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

GRUBER and WHITEAKER, JJ., agree.

*Michael E. Ryburn*, for appellants.

*The McNeely Law Firm, PLLC*, by: *Steven R. McNeely*, for appellee.

SLIP OPINION